DAVID J. COHEN, ESQ.
California Bar No. 145748
MICHAEL J. PELLEGRINI, ESQ.
California Bar No. 285175
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone:  (415) 398-3900

Attorneys for Defendant **Juan Partida**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>  Plaintiff, </br></br> v. </br></br> JUAN PARTIDA, </br></br>  Defendant. | Case No. 4:15-cr-00235-JST </br></br> **STIPULATION TO VACATE DATE FOR HEARING ON MR. PARTIDA'S MOTION TO WITHDRAW PLEA AND SETTING MR. PARTIDA'S SENTENCING HEARING AND [PROPOSED] ORDER THEREON** |

Pursuant to a supplement to the plea agreement negotiated between the parties, which will be filed in due course, Mr. Partida has agreed not to file a motion to withdraw his plea.

Therefore, **IT IS HEREBY STIPULATED** by and between the parties that the hearing date for the motion to withdraw the plea, currently scheduled for December 18, 2015, be removed from the Court's calendar, and that this matter be scheduled for sentencing on February 12, 2016 at 9:30 a.m. in Courtroom 2 in Oakland.

**IT IS SO STIPULATED.**

                                                        BRIAN STRETCH, ESQ.
                                                        Acting United States Attorney

Dated: December 16, 2015              By: /s/Michelle J. Kane
                                                        MICHELLE J. KANE, ESQ.
                                                        Assistant United States Attorney

                                                        Attorneys for **Plaintiff**

---

Stipulation to Vacate Date for Hearing on Mr. Partida's Motion to Withdraw Plea and  Setting Mr. Partida's Sentencing Hearing and [Proposed] Order Thereon
*U.S. v. Partida*;
Case No. 4:15-cr-00235-JST                               1

|     |                              |                                                   |
| --- | ---------------------------- | ------------------------------------------------- |
| 1   |                              | **BAY AREA CRIMINAL LAWYERS, PC**                 |
| 2   |                              |                                                   |
| 3   | Dated: December 16, 2015     | By: /s/David J. Cohen                             |
|     |                              | DAVID J. COHEN, ESQ.                              |
| 4   |                              | Attorneys for Defendant **Juan Partida**          |

6    **IT IS SO ORDERED.**

8    Dated: December 16, 2015

9    THE HONORABLE
     UNITED STATES DISTRICT JUDGE



---

Stipulation to Vacate Date for Hearing on Mr. Partida's Motion to Withdraw Plea and Setting Mr. Partida's Sentencing Hearing and [Proposed] Order Thereon
*U.S. v. Partida*;
Case No. 4:15-cr-00235-JST        2